## ORIGINAL

Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755

FILED Lodged

JUL 1 6 2010

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. ND08-13317-RR |
| MISAEL VENCES MAYA | |
| | **ORDER DISMISSING CHAPTER 13 CASE AND DENYING OPPOSITION TO TRUSTEE'S MOTION TO DISMISS** |
| | Date: May 27, 2010 |
| | Time: 10:00 am |
| | Place: Courtroom 201 |
| DEBTOR | 1415 State Street |
| | Santa Barbara, CA 93010 |

On May 27, 2010 at 10:00 am in Courtroom 201 at 1415 State Street, SantaBarbara, CA 93101 Honorable ROBIN RIBLET heard the opposition to the Chapter 13 Trustee's Motion to Dismiss Case. Appearances were as noted in the record. The Court having considered the pleadings filed and statements of parties in open court, and good cause, appearing,

**IT IS THEREFORE ORDERED:**

The opposition to the Trustee's Motion to Dismiss the Case is overruled. The Trustee's Motion to Dismiss Case is granted and the case is dismissed.

DATED: _19 July 2010_

_Robin Riblet_
ROBIN RIBLET
U.S. Bankruptcy Judge

ENTERED

JUL 1 9 2010

## PROOF OF SERVICE

1

2         I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing
Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to
3     the above action and that on July 12, 2010 I mailed copies of this document to:

4     MISAEL VENCES MAYA                    DB COMMONS & ASSOCIATES
      1710 ARLENE AVE                       5901 ENCINA ROAD, #B3
5     OXNARD, CA  93036                     GOLETA, CA  93117-2271

6     Clerk of the Court
      128 East Carrillo Street
7     Santa Barbara, CA  93101-3101

8

9

10    Executed at Sherman Oaks, California on July 12, 2010.

11

12

13    _____
      Gisele Dorsey

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28